**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re: DENNIS E. KIEKENS, SR.                                   Case Number: 07-70563
340 SPRINGMEADOW DRIVE           SSN-xxx-xx-5780
POPLAR GROVE, IL  61065-7843

                                                    Case filed on:     3/14/2007
                                                    Plan Confirmed on:  6/8/2007

D Dismissed

Total funds received and disbursed pursuant to the plan: $6,592.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | ATTORNEY RICHARD T JONES | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 2,500.00 | 0.00 |
| 999 | DENNIS E. KIEKENS, SR. | 0.00 | 0.00 | 430.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 430.00 | 0.00 |
| 001 | AMERICAN GENERAL FINANCIAL SERVICES | 3,214.44 | 3,214.44 | 1,203.00 | 278.46 |
| 002 | AMERICREDIT FINANCIAL SERVICES | 2,324.37 | 2,324.37 | 1,190.47 | 290.99 |
| 003 | OCWEN FEDERAL BANK FSB | 286,297.12 | 0.00 | 0.00 | 0.00 |
| 004 | OCWEN FEDERAL BANK FSB | 8,573.86 | 8,573.86 | 279.79 | 0.00 |
|  | Total Secured | 300,409.79 | 14,112.67 | 2,673.26 | 569.45 |
| 005 | GLORIA KIEKENS | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | HEIGHTS FINANCE | 4,372.48 | 4,372.48 | 0.00 | 0.00 |
|  | Total Unsecured | 4,372.48 | 4,372.48 | 0.00 | 0.00 |
|  | Grand Total: | 308,056.27 | 21,759.15 | 5,603.26 | 569.45 |

Total Paid Claimant:   $6,172.71
Trustee Allowance:     $419.29          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:   0.00          discharging the trustee and the trustee's surety from any and all
                                        liablility on account of the within proceedings, and closing the estate,
                                        and for such other relief as is just.  Pursuant to FRBP, I hereby
                                        certify that the subject case has been fully administered.

Report Dated:

                                          /s/ Lydia S. Meyer
                                          Lydia S. Meyer, Trustee


This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.


Dated at Rockford, IL  on 09/26/2008          By  /s/Heather M. Fagan